**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6104**

---

THOMAS R. MORKE,

Plaintiff - Appellant,

versus

F. MERRITT, Investigator; DENNIS TRENT, Unit
Manager; SHIRLEY AVENT, Warden's Designee/
Agent; F. SHELBY SPENCE, Chief of Security;
DAVID A. GARRAGHTY, Chief Warden; RUFUS
FLEMING, Regional Director,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Leonie M. Brinkema, District
Judge. (CA-98-1572-AM)

---

Submitted: August 31, 2001          Decided: October 9, 2001

---

Before WILKINS and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Thomas R. Morke, Appellant Pro Se. Mark Ralph Davis, OFFICE OF THE
ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Thomas R. Morke appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint, and a subsequent order denying his Fed. R. Civ. P. 59(e) motion. We have reviewed the record and the district court's opinion and orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Morke v. Merritt, No. CA-98-1572-AM (E.D. Va. filed Sept. 7, 2000, entered Sept. 8, 2000; filed Nov. 27, 2000, entered Nov. 28, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2